IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: GOLD KING MINE RELEASE
IN SAN JUAN COUNTY, COLORADO,                    No. 1:18-md-02824-WJ
ON AUGUST 5, 2015

*This Document Relates to All Cases*

## ORDER SETTING INITIAL CONFERENCE

**THIS MATTER** comes before the Court on the Transfer Order of the United States Judicial Panel on Multidistrict Litigation.  *See* Doc. 1, filed April 4, 2018.

Counsel for all parties shall appear for an Initial Conference on **Tuesday, June19, 2018, at 9:30 a.m.** in the Bonito Courtroom, 5th Floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, New Mexico.  In addition to the matters identified in Rule 16(a)-(c) of the Federal Rules of Civil Procedure, other agenda items for the Conference include:

(i) case management;

(ii) tag-along cases;

(iii) appointment of liaison and lead counsel, and/or special committee;

(iv) appointment of a special master;

(v) major procedural and substantive problems likely to be encountered;

(vi) procedures for efficient management; and

(vii) status of settlement negotiations.

Counsel are encouraged to advise the Court as soon as possible of any other items that should be added to the agenda.

Prior to the Conference, counsel shall confer with one another and email a joint proposed initial case management order the Court at wpjproposedtext@nmcourt.fed.us by **Friday, June 1, 2018**.  For any portions of the joint proposed order where counsel cannot agree, each disagreeing

party shall include their proposed language with a brief argument in support of their proposed language. The Court encourages counsel to familiarize themselves with the MANUAL FOR COMPLEX LITIGATION (4th ed. 2004), which is available at https://www.fjc.gov/content/manual-complex-litigation-fourth-0 and may help identify procedures that will secure the just, speedy and inexpensive resolution of these cases.

**IT IS SO ORDERED.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**