IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: GOLD KING MINE RELEASE
IN SAN JUAN COUNTY, COLORADO,             No. 1:18-md-02824-WJ
ON AUGUST 5, 2015

*This Document Relates to All Cases*

## ORDER DENYING MOTIONS TO CONSOLIDATE

**THIS MATTER** comes before the Court on Defendant United States' Motion to Consolidate, Doc. 10, filed May 24, 2018, and on the McDaniel Plaintiffs' Motion to Consolidate, Doc. 11, filed May 24, 2018.

After the United States and the McDaniel Plaintiffs filed their motions to consolidate, twelve motions to dismiss have been filed and one new case, *Allen v. United States*, has been added to this Multi-District Litigation. The Court denies the motions to consolidate without prejudice to allow the Parties an opportunity to take into account the Court's rulings on the motions to dismiss and the *Allen* case. Parties seeking to consolidate may file motions after the Court rules on the motions to dismiss.

**IT IS ORDERED** that:

(i)    Defendant United States' Motion to Consolidate, Doc. 10, filed May 24, 2018, is **DENIED without prejudice.**

(ii)    The McDaniel Plaintiffs' Motion to Consolidate, Doc. 11, filed May 24, 2018, is **DENIED without prejudice.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**