# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE: GOLD KING MINE RELEASE
IN SAN JUAN COUNTY, COLORADO      No. 1:18-md-02824-WJ
ON AUGUST 5, 2015

*This Document Relates to All Cases*

## ORDER RESULTING FROM MARCH 29, 2019 TELEPHONIC STATUS CONFERENCE

This matter came before the Special Master on a telephonic status conference on March 29, 2019, at which all parties were represented by counsel. The parties advised the Special Master that they have agreed on the Document Production Protocol, which had been earlier submitted as a proposed document. The Special Master entered the protocol as an order in the form as submitted.

The parties discussed their differences of opinion about the breadth of initial discovery regarding jurisdiction in light of Chief Judge Johnson's recent Orders addressing Motions to Dismiss. The Special Master and the parties also discussed the phasing of discovery on liability and damages. The Special Master instructed the parties to meet and confer by April 29, 2019, in order to determine what they could agree upon. The parties are to submit status reports regarding their meet and confer conference by May 13, 2019, outlining their agreements, disagreements, and proposed solutions.

The next telephonic status conference is scheduled for noon, MST, on April 26, 2019, using the same call-in number provided for previous telephonic status conferences.

IT IS SO ORDERED.

_____
SPECIAL MASTER HONORABLE ALAN C. TORGERSON