IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOE C. ALLEN, JR., et al.,

    Plaintiffs,

v.                                                                                                No. 1:19-cv-00708

UNITED STATES OF AMERICA, et al.,

    Defendants.

**ORDER ASSOCIATING CASE WITH MULTIDISTRICT LITIGATION**

**THIS MATTER** comes before the Court *sua sponte*. Plaintiffs initiated this action asserting claims against Defendants arising out of the August 5, 2015, release from the Gold King Mine in San Juan County, Colorado. The United States Judicial Panel on Multidistrict Litigation ("MDL Panel") centralized in the District of New Mexico four other actions arising from the Gold King Mine Release. *See* Transfer Order, Doc. 1, filed April 4, 2018 in *In re: Gold King Mine Release in San Juan County, Colorado, on August 5, 2015*, No. 1:18-md-2824-WJ. Because the undersigned is presiding over the actions in the Gold King Mine Release Multidistrict Litigation ("Gold King Mine Release MDL"), the Court will order the Clerk to associate this case as a member case in the Gold King Mine Release MDL and assign the undersigned as the presiding judge in this case. *See* MDL Panel Rule of Procedure 7.2(a) ("Potential tag-along actions filed in the transferee district do not require Panel action. A party should request assignment of such actions to the Section 1407 transferee judge in accordance with applicable local rules"); MANUAL FOR COMPLEX LITIGATION § 20.11 (4th ed. 2004) ("All related civil cases pending in the same court should initially be assigned to a single judge to determine whether consolidation, or at least coordination of pretrial proceedings is feasible and is likely to reduce conflicts and duplication").

Counsel should familiarize themselves with the previously entered orders in the Gold King Mine Release MDL, No. 1:18-md-2824-WJ.

**IT IS ORDERED** that the Clerk:

(i) assign the undersigned as the presiding judge in this case;

(ii) associate this case as a member case with the lead case in the multidistrict litigation case *In re: Gold King Mine Release in San Juan County, Colorado, on August 5, 2015*, No. 1:18-md-2824-WJ; and

(iii) file this Order in the following case: *In re: Gold King Mine Release in San Juan County, Colorado, on August 5, 2015*, No. 1:18-md-2824-WJ.

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**