**UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| In re: Gold King Mine Release in San Juan County, Colorado on August 5, 2015<br><br>*This Document Relates to:*<br><br>*No. 1:16-cv-00465*<br>*No. 1:16-cv-00931*<br>*No. 1:18-cv-00319*<br>*No. 1:18-cv-00744* | No. 1:18-md-02824-WJ |

**ORDER GRANTING SUNNYSIDE GOLD CORPORATION AND ENVIRONMENTAL RESTORATION, LLC'S JOINT MOTION TO VOLUNTARILY DISMISS THEIR CROSSCLAIMS AGAINST ONE ANOTHER WITH PREJUDICE**

The Court, having considered Sunnyside Gold Corporation ("SGC") and Environmental Restoration, LLC's ("ER") Joint Motion to Voluntarily Dismiss Their Crossclaims Against One Another with Prejudice, Doc. 1203, filed May 14, 2021, with no responses opposing the Motion having been filed, and good cause appearing, HEREBY ORDERS THE FOLLOWING:

1. SGC and ER's Joint Motion to Voluntarily Dismiss Their Crossclaims Against One Another with Prejudice, Doc. 1203, filed May 14, 2021, is **GRANTED**.

2. SGC's and ER's Crossclaims against one another are **DISMISSED WITH PREJUDICE** in the following matters: *In re Gold King Mine Release in San Juan County, Colorado on August 5, 2015* (1:18-md-02824) (D.N.M.); *State of New Mexico v. USEPA, et al.* (1:16-cv-00465) (consolidated with 1:16-cv-00931) (D.N.M.); *Navajo Nation v. USEPA, et al.* (1:16-cv-00931) (consolidated with 1:16-cv-00465) (D.N.M.); *State of Utah v. Environmental Restoration, LLC, et al.* (2:17-cv-00866) (D. Utah), centralized in the United States District

Court for the District of New Mexico for pretrial proceedings (No. 1:18-cv-00319) (D.N.M.); and *Allen v. USA, et al.* (1:18-cv-00744) (D.N.M.).

    3.    SGC and ER shall bear their own costs, expenses, expert fees, mediator fees, and attorney fees.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE