UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: GOLD KING MINE RELEASE IN SAN JUAN COUNTY, COLORADO, ON AUGUST 5, 2015<br><br>*This Document Relates to:*<br><br>No. 1:16-cv-00931<br>No. 1:16-cv-00465 | C.A. No. 1:18-md-02824-WJ |

# STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THE NAVAJO NATION'S CLAIMS AGAINST THE FEDERAL PARTIES

On June 14, 2022, Plaintiff the Navajo Nation and Defendants the United States and the United States Environmental Protection Agency (together, "the Federal Parties") signed an out-of-court settlement agreement that resolved all claims between them in this litigation. Pursuant to that settlement agreement, within seven days of the Federal Parties remitting both of the agreed-upon payments to the Navajo Nation, the Navajo Nation agreed to voluntarily dismiss its claims against the Federal Parties with prejudice. On July 17, 2022, the Navajo Nation received the first agreed-upon payment from the Federal Parties totaling $18 million. On September 29, 2022, as permitted by the Court's August 17, 2022 Order (Dkt. 1784), the Federal Parties deposited the second agreed-upon payment of $10 million into the Court Registry Investment System.

Accordingly, the Navajo Nation and Federal Parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. The Navajo Nation's claims under the Comprehensive Environmental Response, Compensation, and Liability Act (its First and Second Claims for Relief) brought against the Federal Parties in *Navajo Nation v. United States of America* (No. 1:16-

cv-00931), which was consolidated as part of the multi-district litigation captioned as *In re Gold King Mine Release in San Juan County, Colorado on August 5, 2015*, (No. 1:18-md-02824-WJ), are dismissed with prejudice. (*See* Dkt. 7, No. 1:18-md-02824, the Navajo Nation's First Amended Complaint at ¶¶ 147–171.)

2. The Navajo Nation's claims under the Federal Tort Claims Act (its Third, Fourth, Fifth, Sixth, and Seventh Claims for Relief) brought against the Federal Parties in *Navajo Nation v. United States of America* (No. 1:16-cv-00931), which was consolidated as part of the multi-district litigation captioned as *In re Gold King Mine Release in San Juan County, Colorado on August 5, 2015*, (No. 1:18-md-02824-WJ), are dismissed with prejudice. (*See* Dkt. 7, No. 1:18-md-02824, the Navajo Nation's First Amended Complaint at ¶¶ 172–210.)

**STIPULATED TO BY**:

Dated: October 6, 2022         /s/ Andrew K. Walsh

John C. Hueston
Moez M. Kaba
Andrew K. Walsh
Joseph W. Crusham
HUESTON HENNIGAN LLP
523 West Sixth Street, Suite 400
Los Angeles, CA 90014

NAVAJO NATION DEPARTMENT OF JUSTICE
Paul Spruhan
Office of the Attorney General
P.O. Box 2010
Window Rock, AZ 86515

Attorneys for Plaintiff
THE NAVAJO NATION

Dated: October 6, 2022                TODD KIM
                                      Assistant Attorney General
                                      Environment and Natural Resources
                                      Division
                                      U.S. Department of Justice


                                       /s/ Brian H. Lynk
                                      BRIAN H. LYNK
                                      ALAN GREENBERG
                                      TSUKI HOSHIJIMA
                                      GUS MAXWELL
                                      United States Department of Justice
                                      Environmental Defense Section
                                      P.O. Box 76121
                                      Washington, D.C. 20044
                                      (202) 514-3468

                                      ADAM BAIN
                                      ALBERT K. LAI
                                      CAROLINE STANTON
                                      DAVID HAMMACK
                                      Civil Division, Torts Branch
                                      U.S. Department of Justice
                                      P.O. Box 340
                                      Washington, D.C. 20044
                                      (202) 616-4209

                                      FRED J. FEDERICI
                                      United States Attorney
                                      Roberto D. Ortega
                                      Assistant United States Attorney
                                      P.O. Box 607
                                      Albuquerque, New Mexico 87103
                                      (505) 346-7274

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022 the foregoing document was filed via the U.S. District Court of New Mexico's CM/ECF electronic filing system and a copy thereof was served via the CM/ECF electronic transmission upon all counsel of record, as reflected by the Court's CM/ECF system.

/s/ Andrew K. Walsh