## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

IN RE: GOLD KING MINE RELEASE
IN SAN JUAN COUNTY, COLORADO,
ON AUGUST 5, 2015

*This Document Relates to:*   MDL 1:18-MD-2824-WJ

    No. 18-CV-00744

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each of the remaining individual plaintiffs in the matter *Joe C. Allen, Jr. et al. v. Weston Solutions, Inc.,* No. 18-cv-00744-WJ-KK, as consolidated into this multidistrict litigation, through their undersigned counsel, stipulate to the dismissal with prejudice of all of their claims against Defendant Weston Solutions, Inc. The parties agree to bear their own costs and fees.

    Respectfully submitted

    EGOLF + FERLIC +
    MARTINEZ + HARWOOD, LLC

    By:    /s/ Kate Ferlic
             Kate Ferlic
             Mark Cox
             123 W. San Francisco St., Second Floor
             Santa Fe, NM 87501
             (505) 986-9641
             Kate@EgolfLaw.com
             Mark@EgolfLaw.com
             *Attorneys for the Allen Plaintiffs*

Approved, by all remaining parties to matter no. 18-cv-00744-WJ-KK:

MONTGOMERY & ANDREWS, P.A.

By      <u>approved via email 01/06/2023</u>
        Jeffrey J. Wechsler
        Louis W. Rose
        Kari E. Olson
        Kaleb W. Brooks
325 Paseo de Peralta (87501)
P.O. Box 2307
Santa Fe, NM 87504-2307
Telephone: (505) 986-2637
Email: jwechsler@montand.com
Email: lrose@montand.com
Email: kolson@montand.com
Email: kwbrooks@montand.com

*Attorneys for Defendant*
*Weston Solutions, Inc.*

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By:     <u>no position taken</u>
        Peter C. Sheridan
        Richard W. Buckner
        James T. Grant
        Christopher L. Dacus
        Rob Lee
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: 310.553.3000
Email: psheridan@glaserweil.com
rbuckner@glaserweil.com
j grant@glaserweil.com
cdacus@glaserweil.com
rlee@glaserweil.com

*Attorneys for Defendant Environmental Restoration, LLC*

By:     *approved via email on 01/12/2023*

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
J. PATRICK GLYNN
Director, Torts Branch
CHRISTINA M. FALK
Assistant Director

ADAM BAIN
Senior Trial Counsel
CAROLINE W. STANTON
ALBERT K. LAI
DAVID HAMMACK
ROSEMARY YOGIAVEETIL
Trial Attorneys
Civil Division, Torts Branch
U.S. Department of Justice
P. O. Box 340
Washington, D.C. 20044

BRIAN H. LYNK
ALAN GREENBERG
GUS MAXWELL
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-3468

ALEXANDER M.M. UBALLEZ
United States Attorney
ROBERTO D. ORTEGA
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, the foregoing document was filed via the Court's CM/ECF system and a copy thereof was served electronically upon all counsel of record, as reflected by the Court's CM/ECF system.

/s/ Kate Ferlic
Kate Ferlic